IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY P. COLBY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv52 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 41, the plaintiff's Motion to Compel discovery. In filing nos. 42 and 43, the defendants have notified the court that they served discovery responses on the plaintiff. Therefore, it appears that filing no. 41 is moot. However, the plaintiff may again move to compel if the defendants' discovery responses are inadequate. Filing no. 41 is denied as moot.

SO ORDERED.

DATED this 1st day of June, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge