IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY P. COLBY, | ) |
| Plaintiff, | ) 8:04cv52 |
| v. | ) |
| DOUGLAS COUNTY, and SARPY COUNTY, | ) ORDER |
| Defendants. | ) |

The Clerk's Office has requested that Document Number 62 , a motion for summary judgment, and Document Number 63, a brief in support, be stricken from the record for the following reason(s):

- three copies of the motion for summary judgment and three copies of the brief in support were filed and only one copy of each pleading is to be filed.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 62 and 63 from the record. The party is directed to re-file the document.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ Warren K. Urbom
Senior United States District Judge