IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY P. COLBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04cv52 |
| vs. | ) | |
| | ) | ORDER |
| SARPY COUNTY and DOUGLAS COUNTY`, | ) ) | |
| | ) | |
| Defendant. | | |

This matter came before the court for a Rule 16 planning conference. Jeffrey Colby, the pro se plaintiff, appeared. Derek Vaughn appeared on behalf of defendant Douglas County, and Kim Sturzenegger appeared telephonically on behalf of defendant Sarpy County. On review of the progression of the case, the court finds that the parties have not complied with paragraph 6 of the April 13, 2005 Order Setting Schedule for Initial Progression of Case (#40). Therefore,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **December 1, 2005 at 9:00 a.m.,** before the undersigned magistrate judge, in Courtroom 6, 2nd Floor, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. In preparation for the conference, the parties shall have complied with the court's Order (#40).

Dated this 13th day of October 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge