IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY P. COLBY,<br><br>          Plaintiff,<br><br>vs.<br><br>SARPY COUNTY and DOUGLAS COUNTY,<br><br>          Defendants. | Case No. 8:04CV52<br><br>ORDER |

This matter is before the Court on its own motion to reschedule the Rule 16 planning conference set for December 1, 2005. Therefore,

**IT IS ORDERED:**

1. The December 1, 2005 planning conference is continued to **Monday, January 30, 2006 at 9:00 a.m.,** in Courtroom 6, 2nd Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 28th day of November 2005.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge