## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY P. COLBY, | ) | |
| | ) | Case No. 8:04CV52 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DOUGLAS COUNTY and | ) | |
| SARPY COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

On the Court's own motion, the Rule 16 Planning Conference in this case will be rescheduled.

**IT IS ORDERED** that the planning conference now scheduled for January 30, 2006 at 9:00 a.m., is continued to **March 27, 2006 at 9:00 a.m.**  The conference will be held before the undersigned magistrate judge, Courtroom 6, Second Floor, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 27th day of January 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge