IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY P. COLBY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV52 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY, | ) | ORDER STRIKING MOTION FOR |
| | ) | SUMMARY JUDGMENT, FILING 98 |
| Defendant. | ) | |
| | ) | |

    On the court's own motion the Motion for Summary Judgment, filed on June 21, 2006, filing 98, is stricken for the reason that it is out of time.

    Dated June 26, 2006.

                  BY THE COURT

                  s/ Warren K. Urbom
                  United States Senior District Judge