IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY P. COLBY, | ) |
| Plaintiff, | ) 8:04CV52 |
| v. | ) |
| DOUGLAS COUNTY, | ) ORDER GRANTING JOINT MOTION TO DISMISS |
| Defendant. | ) |

IT IS ORDERED that the Joint Motion to Dismiss, filing 120, is granted. This action is dismissed with prejudice.

Dated August 14, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge